Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Petitioner
1946 Marlton Pike East
Cherry Hill, NJ 08003
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PORNTIPA LUESOMSRI,<br><br>*Plaintiff,*<br><br>v.<br><br>MARCO RUBIO, ET AL,<br><br>*Defendants.* | Civil Action No.: 1:25-cv-01836-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-style action is voluntary dismissed, with prejudice against the Defendants.

Dated this 13th day of August 2026

Respectfully submitted,

VOSBIKIAN & VOSBIKIAN

By: ______________________
STEVEN S. VOSBIKIAN
Attorney for Plaintiff

**So ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: August 14, 2026**